**Motion Granted and Order filed March 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00195-CV
_____

### IN RE ALI CHOUDHRI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

---

## ORDER

On March 10, 2014, relator Ali Choudhri filed a petition for writ of mandamus with this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In his petition, relator asks this Court to compel the Honorable Patricia Kerrigan, Judge of the 190th District Court of Harris County, to vacate her order dated March 4, 2014, entered in trial court cause number 2012-27197, styled

*Mokaram-Latif West Loop, Ltd. v. Choudhri, et al*. Relator claims the trial court abused its discretion by overruling relator's objections to the Special Master's order compelling the production of relator's tax returns.

Relator also has filed with this Court a motion for temporary stay. *See* Tex. R. App. P. 52.8(b), 52.10. On March 10, 2014, relator asked this Court to stay enforcement of any orders in the underlying litigation requiring relator to disclose his tax returns pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** that the enforcement of all orders in trial court cause number 2012-27197, styled *Mokaram-Latif West Loop, Ltd. v. Choudhri, et al.,* requiring relator to disclose his tax returns be **STAYED** until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court.

We further **ORDER** relator to file under seal with the Clerk of this Court on or before March 14, 2014 certified or sworn copies of Exhibit Nos. 1–4 that were admitted into evidence by the trial court at the February 20, 2014 hearing in the underlying litigation.


PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.

2